**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Ch. 11 |
| | ) | |
| CLARUS THERAPEUTICS HOLDINGS, Inc., et al., | ) ) ) | |
| | ) | Case No. 22-10845 (MFW) |
| Debtors. | ) ) | (Jointly Administered) |
| | ) ) | |
| GAVIN/SOLMONESE LLC, in its Capacity as Plan Administrator under the Creditor Trust Agreement, | ) ) ) ) ) | Adv. No. 24-50125 (MFW) |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, and ELLENNOFF GROSSMAN & SCHOLE, LLP | ) ) ) ) ) ) ) | |
| | ) ) ) | Re: Adv. D.I. 53, 63, 64, 70, 87, 88 |
| Defendants. | ) | |

**O R D E R**

**AND NOW** this **13th** day of **JANUARY, 2026,** upon consideration of the Motion of Ellenoff Grossman & Schole LLP ("Ellenoff") to Dismiss Count Three of the First Amended Complaint filed by Gavin/Solomonese LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement and the briefs filed in relation thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Motion to Dismiss is DENIED.

        BY THE COURT:

        *Mary F. Walrath*
        Mary F. Walrath
        United States Bankruptcy Judge