UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 24-50125      BK ◯  AP ⦿

If AP, related BK case number: 22-10845

Title of Order Appealed: Order; Opinion

Docket #: 111, 110          Date Entered: 1/13/2026, 1/13/2026

Item Transmitted:

| | | | |
|---|---|---|---|
| ✔ Notice of Appeal Interlocutory | Docket #: 116 | Date Filed: | 2/17/2026 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ✔ Motion for Leave to Appeal | Docket #: 117 | Date Filed: | 2/17/2026 |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Ellenoff Grossman & Schole, LLP

**Appellee/Cross Appellee**

Gavin/Solmonese LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement

**Counsel for Appellant/Cross Appellant:**

Ricardo Palacio
Benjamin W. Keenan
500 Delaware Ave, 8th Floor
Wilmington, DE  19801
(additional attorney is listed on notice of appeal)

**Counsel for Appellee/Cross Appellee:**

Michael Busenkell
1201 N Orange St, Suite 300
Wilmington, DE  19801
(additional attorneys are listed on notice of appeal)

| | | | |
|---|---|---|---|
| Filing fee paid? | | Yes ⦿ | No ◯ |
| IFP application filed by applicant? | | Yes ◯ | No ⦿ |
| Have additional appeals of the same order been filed? | | Yes ◯ | No ⦿ |
| *If Yes, has District Court assigned a Civil Action Number? | | Yes ◯ | No ⦿ |
| Civil Action Number: | | | |

(continued on next page)

**Notes:** ***Order Granting an Extension to File Appeal is on BK. Adv. 24-50125 (D.I. 115)

*I hereby certify that all designated items are available electronically through CM/ECF.*

Date: 2/18/2026                        by: /s/ Kimberly Ross
                                            **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    26-09