## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| CLARUS THERAPEUTICS) HOLDINGS, INC, et al., | ) | |
| | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | |
| | ) | Case No. 22-10845 (MFW) |
| GAVIN/SOLOMONESE LLC, in its Capacity as Plan Administrator under the Creditor Trust Agreement, | ) | (Jointly Administered) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, ELLENOFF GROSSMAN & SCHOLE, LLP, and MAXIM GROUP, | ) | Adv. Pro. No.24-50125 (MFW) |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

I, Michael G. Busenkell, herby certify that, on this 18th day of May, 2026, I caused a true and correct copy of Plaintiff's Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a) to be served upon the parties listed on Exhibit A.

Dated: May 18, 2026
Wilmington, Delaware

/s/ Michael G. Busenkell
Michael Busenkell (DE 3933)
GELLERT SEITZ BUSENKELL &
  BROWN, LLC

#5252649v1

## EXHIBIT A

### *VIA ELECTRONIC MAIL:*

**AKERMAN LLP**
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue
Suite 1710
Wilmington, Delaware 19801
Telephone: (302) 596-9205
luke.murley@akerman.com
-and-
Philip Touitou (pro hac vice forthcoming)
Joseph Silver (pro hac vice forthcoming)
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 259-8740
philip.touitou@akerman.com
joseph.silver@akerman.com

*Attorneys for Defendant Ellenoff Grossman &
Schole LLP*

**ASHBY & GEDDES, P.A.**
Ricardo Palacio (DE No. #3765)
Benjamin W. Keenan (DE No. #4724)
500 Delaware Avenue
8th  Floor
P.O. Box 1150
Wilmington, DE 19899
Telephone: 302-654-1888
rpalacio@ashbygeddes.com
bkeenan@ashbygeddes.com

*Attorneys for Defendant Ellenoff Grossman &
Schole LLP*

### *VIA FIRST-CLASS MAIL*

Blue Water Sponsor, LLC
c/o Secretary of State
401 Federal Street
Suite 4
Dover, DE 19904

Blue Water Sponsor, LLC
15 Putnam Avenue, Suite 363
Attn: Managing Member
Greenwich, CT 06830

Blue Water Sponsor, LLC
15 E. Putnam Avenue
Suite 363
Attn: Officer, Managing or General Agent
Greenwich, CT 06830

#5252649v1