**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: )<br>CLARUS THERAPEUTICS HOLDINGS, )<br>INC., *et al.*, )<br> )<br>Debtors. )<br>_____ )<br> )<br> )<br>GAVIN/SOLMONESE LLC, in its capacity )<br>as Plan Administrator under the Creditor )<br>Trust Agreement, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BLUE WATER SPONSOR, LLC, Y. JOSEPH )<br>HERNANDEZ, KIMBERLY MURPHY, )<br>JAMES SAPIRSTEIN, MICHAEL LERNER, )<br>YVONNE MCBURNEY, ELLENOFF )<br>GROSSMAN & SCHOLE, LLP, and MAXIM )<br>GROUP, LLC, )<br> )<br>Defendants. ) | Chapter 11<br><br>Case No. 22-10845 (MFW)<br>(Jointly Administered)<br><br>Adv. Pro. No. 24-ap-50125 (MFW) |

**NOTICE OF SERVICE OF DEFENDANT ELLENOFF GROSSMAN & SCHOLE, LLP'S
INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. RULE 26(a)(1)**

Defendant ELLENOFF GROSSMAN & SCHOLE, LLP ("**EGS**" or the "**Defendant**") by

and through its attorneys, Akerman LLP, in compliance with the Court's *Scheduling Order* [Adv.

D.I. 133] hereby gives notice of service on May 18, 2026 of *Defendant Ellenoff Grossman &*

*Schole, LLP's Initial Disclosures Pursuant to Fed. Civ. P. Rule 26(a)(1)* upon the parties listed

on Exhibit A.

Dated: May 18, 2026

*/s/ Lucian B. Murley*
Lucian B. Murley (DE Bar No. 4892)
AKERMAN LLP

*Counsel for Defendant EGS*

86726466;1

## EXHIBIT A

## SERVICE LIST

### 1.    *SERVICE VIA E-MAIL*

| ATTORNEY FOR PLAN ADMINISTRATOR | ATTORNEYS FOR CROSSCLAIM DEFENDANTS KIMBERLY MURPHY, JAMES SAPIRSTEIN AND MICHAEL LERNER |
|---|---|
| Michael Busenkell, Esq. Ronald S. Gellert, Esq. GELLERT SEITZ BUSENKELL & BROWN, LLC mbusenkell@gsbblaw.com rgellert@gsbblaw.com | Daniel R. Miller, Esq. WALDEN MACHT HARAN & WILLIAMS LLP dmiller@wmhwlaw.com |
| Robert M.D. Mercer, Esq. MERCER LAW LLC r.mercer@mercerlawllc.com | **ATTORNEY FOR CROSSCLAIM DEFENDANT YVONNE MCBURNEY** |
| David G.H. Brackett, Esq. Solesse Altman, Esq. BONDURANT, MIXSON & ELMORE, LLP brackett@bmelaw.com altman@bmelaw.com | Brian K. Tester, Esq. MCCONNELL VALDÉS LLC bkt@mcvpr.com |

### 2.    *SERVICE VIA FEDERAL EXPRESS*

| CROSSCLAIM DEFENDANT (PRO SE) | CROSSCLAIM DEFENDANT (PRO SE) |
|---|---|
| BLUE WATER SPONSOR, LLC 15 Putnam Avenue Suite 363 Greenwich, CT 06830 Attn: Officer, Managing or General Agent | Y. JOSEPH HERNANDEZ *ADDRESS REDACTED* |

2