**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-10845 (MFW)<br><br>(Jointly Administered) |
| GAVIN/SOLOMONESE LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, ELLENOFF GROSSMAN & SCHOLE, LLP, and MAXIM GROUP, LLC,<br><br>Defendants. | Adv. Pro. No. 24-50125 (MFW)<br><br>**RELATED ADV. D.I. 80** |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**DEFENDANTS/CROSSCLAIM DEFENDANTS WITHOUT PREJUDICE**

Defendant Ellenoff Grossman & Schole, LLP ("**EGS**"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 41(c), incorporated by Federal Rule of Bankruptcy Procedure 7041, hereby dismisses, *without prejudice and without costs or attorneys' fees*, the crossclaims asserted in the *Cross-Complaint of Defendant Ellenoff Grossman & Schole LLP* ("EGS") [Adv. D.I. 80] (the "**Cross-Complaint**"), against defendants/crossclaim defendants Blue Water Sponsor, LLC, Y. Joseph Hernandez, Kimberly Murphy, James Sapirstein, Michael Lerner and Yvonne Mcburney (collectively, the

"**Crossclaim Defendants**"). EGS's third-party complaint against the Crossclaim Defendants is substituted for the Cross-Complaint and is filed simultaneously with this notice.

Dated: June 29, 2026

**AKERMAN LLP**

*/s/ Brian R. Lemon*
Brian R. Lemon (DE Bar No. 4730)
Lucian B. Murley (DE Bar No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, Delaware 19801
Telephone: (302) 596-9200
brian.lemon@akerman.com
luke.murley@akerman.com

Philip Touitou
(Admitted *Pro Hac Vice*)
1251 Avenue of the Americas
37th Floor
New York, New York 10020
(212) 880-3800
philip.touitou@akerman.com

*Counsel to Defendant Ellenoff Grossman & Scholе LLP*