**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>CLARUS THERAPEUTICS HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 22-10845 (MFW)<br>(Jointly Administered) |
| GAVIN/SOLMONESE LLC, in its capacity as Plan Administrator under the Creditor Trust Agreement,<br><br>Plaintiff,<br><br>v.<br><br>BLUE WATER SPONSOR, LLC, Y. JOSEPH HERNANDEZ, KIMBERLY MURPHY, JAMES SAPIRSTEIN, MICHAEL LERNER, YVONNE MCBURNEY, ELLENOFF GROSSMAN & SCHOLE, LLP, and MAXIM GROUP, LLC,<br><br>Defendants. | Adv. Pro. No. 24-50125 (MFW) |

**SECOND AMENDED SCHEDULING ORDER**

This Court, having previously entered its *Scheduling Order* [Adv. D.I. 133] (the "**Scheduling Order**") and its *Amended Scheduling Order* [Adv. D.I. 142] (the "**Amended Scheduling Order**") in this adversary proceeding, hereby amends the Scheduling Order as follows:

1. The Parties shall have through and including **October 21, 2026** to complete non-expert written fact discovery between Plaintiff and Defendant Ellenoff Grossman & Schole, LLP (collectively, the "Parties"), excluding depositions of fact witnesses. The Parties will produce responsive documents on a rolling basis. Document production shall be substantially complete on or before **October 21, 2026**. All written interrogatories, document requests and requests for admission, if any, must be served upon the adverse Party no later than **August 28, 2026**. Privilege logs will be provided on or before **October 21, 2026**. Plaintiff and Defendant Ellenoff Grossman & Schole, LLP shall update their initial disclosure (as of September 30,

2026) on or before **October 12, 2026**. Further, Defendant Ellenoff Grossman & Schole, LLP shall provide to Plaintiff additional updates to such disclosure upon request by Plaintiff.

2. The Parties shall provide expert reports for any issue on which they bear the burden of proof by **January 22, 2027**. Any expert report intended to rebut any other expert report shall be provided by **February 23, 2027**. All reports shall provide the information required by Fed.R.Civ.P. 26(a)(2)(B). Expert depositions shall be completed, and discovery shall close by **March 16, 2027**.

3. All dispositive motions shall be filed and served by no later than **April 2, 2027** and shall be subject to Local Rule 7007-1 of the Local Rules of Civil Practice and Procedure of the United States Bankruptcy Court for the District of Delaware with the following exceptions: the answering brief and accompanying affidavits shall be served and filed no later than thirty (30) days after service and filing of the opening brief and the reply brief and accompanying affidavits shall be filed no later than fourteen (14) days after service and filing of the answering brief.

4. To the extent any objection to expert testimony is made pursuant to the principles announced in Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), as incorporated in Federal Rule of Evidence 702, it shall be made by motion no later than the deadlines for dispositive motions set forth herein, unless otherwise ordered by the Court.

5. If no dispositive motions are pending as of **April 2, 2027**, the Court shall set a date for a pre-trial conference and a trial. Otherwise, upon ruling on all dispositive motions, the Court shall set a date for a pre-trial conference and a trial.

6. On or before **November 12, 2026**, if the mediation is not concluded, the parties shall file a status report that provides the projected schedule for completion of the mediation.

All provisions of the Scheduling Order and the Amended Scheduling Order not specifically amended herein shall remain in full force and effect. The deadlines and/or provisions contained in this Second Amended Scheduling Order may be extended and/or modified by the Court upon written motion and for good cause shown.

**Dated: July 30th, 2026**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**



#5267094v1